■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN ROSAS, Appellant. [719 NYS2d 569] —Judgment, Supreme Court, New York County (Ira Beal, J.), rendered March 18, 1999, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4\frac{1}{2}$ to 9 years, unanimously affirmed.

The jury's verdict was supported by legally sufficient evidence and was not against the weight of the evidence. The jury's inability to reach a verdict on the sale count does not warrant a different result(*see, People v Rayam*, 94 NY2d 557).

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see, People v Walker*, 83 NY2d 455, 458-459; *People v Mattiace*, 77 NY2d 269, 275-276; *People v Pavao*, 59 NY2d 282, 292). Concur—Rosenberger, J. P., Tom, Ellerin, Rubin and Buckley, JJ.